| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Juan Jose Reynoso, §
§
      Plaintiff, §
§
versus §     Miscellaneous H-08-415
§
Nathan Quarterman, §
§
      Defendant. §

## Order

Edward A. Mallett is appointed counsel for Juan Reynoso's habeas corpus case.

Signed September 2, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge